UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN HELTON,

        Petitioner,

v.                                                                       Case Number: 08-15070
                                                                        Honorable Patrick J. Duggan

JEFFREY WOODS,

        Respondent.
                                            /

## JUDGMENT

Petitioner Steven Helton has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2000 conviction for second-degree murder following a guilty plea in the Circuit Court for Wayne County, Michigan. In an Opinion and Order issued on this date, the Court denied Petitioner's request for habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

DATE: September 10, 2009        s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Copies to:
Steven Helton, #229319
Kinross Correctional Facility
16770 S. Watertower Drive
Kincheloe, MI 49788

AAG Raina Korbakis